# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBBIE A. WESTROPE, | ) | 1:10-cv-2339 GSA |
| Plaintiff, | ) ) ) | ORDER TRANSFERRING ACTION TO SACRAMENTO DIVISION |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

On December 15, 2010, Plaintiff filed a complaint seeking a review of the denial of her application for disability benefits. The civil cover sheet in this matter indicates that Plaintiff currently resides in the Siskiyou County, California. (Doc. 1.1).

Federal law is clear on the issue of venue in Social Security cases; the claimant must file suit in the judicial district where he or she resides, or has a principal place of business. 42 U.S.C. § 405(g). If the claimant files in the wrong district, then the Court may transfer venue to the proper district. *Id*. In this instance, Plaintiff correctly filed her complaint in the Eastern District of California, however, she resides in Siskiyou County, California, which is located in the Sacramento Division of this district.

1 | Accordingly, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: __December 17, 2010__              _____/s/ Gary S. Austin_____
                                           UNITED STATES MAGISTRATE JUDGE