IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBBIE WESTROPE,

      Plaintiff,                            CIV S-10-3370 KJN (TEMP)

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                          <u>ORDER</u>

            This action was transferred here from the Fresno Division. By order filed December 15, 2010, plaintiff's request to proceed in forma pauperis was granted. (Dkt. No. 4.) Good cause appearing, IT IS HEREBY ORDERED that:

            1. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal.

            2. Within fifteen days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that such documents have been submitted to the United States Marshal.

            3. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for

the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235. See Fed. R. Civ. P. 4(i)(2).

DATED: January 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

westrope.ifp